FILED
VANESSA L. ARMSTRONG, CLERK
MAY 03 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT FORT CAMPBELL, KENTUCKY**

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| V. | NO. 5:12MJ-110K |
| | 18 U.S.C. 641 |

JESSICA HOOD

The United States Attorney charges:

### COUNT 1

On or about the 8th day of February 2012, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, JESSICA HOOD, defendant herein, did intentionally steal at the Main Post Exchange, one (1) Xbox game controller and one (1) Windows 7 computer software package, total value of $129.94, property of the Army, Air Force Exchange Service (AAFES), a U.S. Agency.

In violation of Title 18, United States Code, Section 641.

DAVID J. HALE
United States Attorney

BY: *(signature)*
CHRISTOPHER R. MORRISSEY
Special Assistant U.S. Attorney

JESSICA HOOD

## PENALTIES

### COUNT 1

18 U.S.C. 641

MINIMUM:

MAXIMUM:  Fine of $100,000 and or 1 year confinement

SPECIAL ASSESSMENT FEE:  $25